IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTEN PLAISANCE, ROBBIE PLAISANCE, RICHIE CORLEY, CHARLES F. LEEKLEY, BRETT MORRIS, HENRY NEGRETTE, JIM NESBITT, CINDY SPARACINO, RICHARD SPARACINO, CHRISTIAN SCHICK, JACK GOSTL, SANTIAGO CORDOVEZ, FLOYD BONE, TOM HOWLAND, MICHAEL MERNAH, BEN SEALE, JOE SHUPAK, MARSHALL WHITMER, BILL WALTERS, and ROBERT ROIG, § § § § § § § § § § § § § § § § § § Plaintiffs, § § vs. § § JOHN D. SCHILLER, JR., D. WEST GRIFFIN, HILL A. FEINBERG, NORMAN M.K. LOUIE, WILLIAM COVIN, DAVID M. DUNWOODY, CORNELIUS DUPRE II, KEVIN FLANNERY, SCOTT A. GRIFFITHS, JAMES LACHANCE, UHY ADVISORS, INC., UHY LLP, UHY ADVISORS TX LLP, BDO USA, LLP, § § § § § § § § § § § § Defendants. § | Civil Action No. 4:17-cv-3741<br><br><br><br>HON. SIM LAKE |

## MOTION TO WITHDRAW AND SUBSTITUTE

Defendant UHY LLP ("UHY") hereby moves this Court for leave to withdraw the appearance of DLA Piper (US) LLP ("DLA") and substitute the appearance of McDermott Will & Emery LLP ("McDermott"), as counsel. In support of its motion, UHY states as follows:

1. UHY retained the firm of DLA to represent it as counsel in the above-referenced matter. UHY was represented by Timothy Hoeffner, Lawrence Wojcik, and Allyson Riemma of DLA. Ileana Blanco, also of DLA, acted as local counsel for UHY.

2. Timothy Hoeffner was a partner at DLA, and he resigned from DLA on March 14, 2018. Mr. Hoeffner is now a partner at McDermott.

3. Lawrence Wojcik was a partner at DLA, and he resigned from DLA on March 14, 2018. Mr. Wojcik is now a partner at McDermott.

4. Allyson Riemma was an associate at DLA, and she resigned from DLA on March 20, 2018. Ms. Riemma is now an associate at McDermott.

5. UHY wishes for Timothy Hoeffner, Lawrence Wojcik, and Allyson Riemma to continue to represent it, and respectfully requests the Court to permit the substitution of McDermott for DLA as its counsel of record herein, and to grant DLA leave to withdraw as counsel.

6. UHY also respectfully requests this Court to permit the addition of Nicole Figueroa as counsel. Ms. Figueroa is a partner at McDermott's office in Dallas, Texas.

4. Counsel represent to this Court that the client, UHY, has been advised of this and consents to the withdrawal and substitution moved for herein; and further, that such withdrawal and substitution of counsel will not affect any deadlines set herein.

WHEREFORE, UHY LLP respectfully requests that this Court grant its Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Nicole Figueroa*
Nicole Figueroa
TX Bar No. 24069716
2501 North Harwood, Suite 1900
Dallas, Texas 75201
T: 214.295.8062
F: 972.767.0190
nfigueroa@mwe.com

Timothy Hoeffner
340 Madison Avenue
New York, New York 10173
T: 212.547.5595
F: 212 547 5444
thoeffner@mwe.com

Lawrence Wojcik
Allyson Riemma
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
T: 312.372.2000
F: 312.984.7700
lwojcik@mwe.com
ariemma@mwe.com

**Attorneys for UHY LLP**

DLA PIPER LLP (US)

By:*/s/ Ileana M. Blanco*
   Ileana M. Blanco
   State Bar No. 02449590
   S.D. Tex. Bar No. 948
   Ileana. Blanco@dlapiper.com
1000 Louisiana St. #2800
Houston, Texas 77002
Telephone: 713.425.8435
Facsimile: 713.300.6035

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the ECF system.

                                            */s/ Nicole Figueroa*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KRISTEN PLAISANCE, ROBBIE PLAISANCE, RICHIE CORLEY, CHARLES F. LEEKLEY, BRETT MORRIS, HENRY NEGRETTE, JIM NESBITT, CINDY SPARACINO, RICHARD SPARACINO, CHRISTIAN SCHICK, JACK GOSTL, SANTIAGO CORDOVEZ, FLOYD BONE, TOM HOWLAND, MICHAEL MERNAH, BEN SEALE, JOE SHUPAK, MARSHALL WHITMER, BILL WALTERS, and ROBERT ROIG,** | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:17-cv-3741 |
| Plaintiffs, | § | |
| vs. | § § | |
| **JOHN D. SCHILLER, JR., D. WEST GRIFFIN, HILL A. FEINBERG, NORMAN M.K. LOUIE, WILLIAM COVIN, DAVID M. DUNWOODY, CORNELIUS DUPRE II, KEVIN FLANNERY, SCOTT A. GRIFFITHS, JAMES LACHANCE, UHY ADVISORS, INC., UHY LLP, UHY ADVISORS TX LLP, BDO USA, LLP,** | § § § § § § § § § § § | |
| Defendants. | § | HON. SIM LAKE |

## ORDER ON MOTION TO WITHDRAW

On this date came to be considered UHY LLP attorney's DLA Piper (US) LLP's Motion to Withdraw their appearance in this case and their removal on the ECF distribution list for this case. The Court, having considered the Motion and arguments of counsel, hereby GRANTS the Motion to Withdraw.

It is ORDERED that DLA Piper (US) LLP be removed as counsel of record and be removed from the ECF distribution list in this case. McDermott Will & Emery LLP will be

added as counsel of record. The following counsel will be added to the ECF distribution list in this case as counsel of record for UHY LLP:

Nicole Figueroa
TX Bar No. 24069716
2501 North Harwood, Suite 1900
Dallas, Texas 75201
T: 214.295.8062
F: 972.767.0190
nfigueroa@mwe.com

Timothy Hoeffner
340 Madison Avenue
New York, New York 10173
T: 212.547.5595
F: 212 547 5444
thoeffner@mwe.com

Lawrence Wojcik
Allyson Riemma
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
T: 312.372.2000
F: 312.984.7700
lwojcik@mwe.com
ariemma@mwe.com

_____       _____
Date                                 SIM LAKE
                                     UNITED STATES DISTRICT JUDGE