UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended June 30, 2014

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from          to

Commission file number: **001-33628**

# Energy XXI (Bermuda) Limited

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Bermuda** | **98-0499286** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **Canon's Court, 22 Victoria Street,** <br> **PO Box HM 1179,** <br> **Hamilton HM EX, Bermuda** | **N/A** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(441)-295-2244**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, par value $0.005 per share** | **NASDAQ Global Select Market** |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for


EXHIBIT B

### Item 6. Selected Financial Data

The selected consolidated financial data set forth below should be read in conjunction with Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations" and with the consolidated financial statements and notes to those consolidated financial statements included elsewhere in this Form 10-K.

| | Year Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2014 | 2013 | 2012 | 2011 | 2010 |
| | (In Thousands, Except per Share Amounts) | | | | |
| **Income Statement Data** | | | | | |
| Revenues | $ 1,230,725 | $ 1,208,845 | $ 1,303,403 | $ 859,370 | $ 498,931 |
| Depreciation, Depletion and Amortization ("DD&A") | 423,319 | 376,224 | 367,463 | 293,479 | 181,640 |
| Operating Income | 280,411 | 361,805 | 483,284 | 208,923 | 102,047 |
| Other Income (Expense) – Net | (164,211) | (113,091) | (108,811) | (132,006) | (58,483) |
| Net Income | 59,111 | 162,081 | 335,827 | 64,655 | 27,320 |
| Basic Earnings per Common Share | $ 0.64 | $ 1.90 | $ 4.10 | $ 0.42 | $ 0.56 |
| Diluted Earnings per Common Share | $ 0.64 | $ 1.86 | $ 3.85 | $ 0.42 | $ 0.56 |
| **Cash Flow Data** | | | | | |
| Provided by (Used in) | | | | | |
| Operating Activities | $ 545,460 | $ 638,148 | $ 785,514 | $ 387,725 | $ 121,213 |
| Investing Activities | | | | | |
| Acquisitions | (849,641) | (161,164) | (6,401) | (1,012,262) | (293,037) |
| Investment in properties | (788,676) | (816,105) | (570,670) | (281,233) | (145,112) |
| Other | 93,742 | (16,734) | 7,478 | 38,423 | 53,989 |
| Total Investing Activities | (1,544,575) | (994,003) | (569,593) | (1,255,072) | (384,160) |
| Financing Activities | 1,144,921 | 238,768 | (127,241) | 881,530 | 188,246 |
| Increase (Decrease) in Cash | $ 145,806 | $ (117,087) | $ 88,680 | $ 14,183 | $ (74,701) |
| **Dividends Paid per Average Common Share** | $ 0.48 | $ 0.33 | $ 0.07 | — | — |

| | June 30, | | | | |
|---|---|---|---|---|---|
| | 2014 | 2013 | 2012 | 2011 | 2010 |
| | (In Thousands) | | | | |
| **Balance Sheet Data** | | | | | |
| Total Assets | $ 7,436,778 | $ 3,611,711 | $ 3,130,947 | $ 2,798,860 | $ 1,566,491 |
| Long-term Debt Including Current Maturities | 3,759,644 | 1,370,045 | 1,018,344 | 1,113,387 | 774,600 |
| Stockholders' Equity | 1,797,830 | 1,437,246 | 1,405,840 | 946,697 | 436,561 |
| Common Shares Outstanding | 93,720 | 76,486 | 78,838 | 76,203 | 50,637 |